1 ISMAIL J. RAMSEY (CABN 189820)
  United States Attorney
2
3 MARTHA BOERSCH (CABN 126569)
  Chief, Criminal Division
4 E. WISTAR WILSON (CABN 324705)
  Assistant United States Attorney
5
6    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
7    Telephone: (415) 436-7356
     FAX: (415) 436-7234
8    wistar.wilson@usdoj.gov

9 Attorneys for United States of America

FILED
Jan 09 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DENA MARIE LAMPITOK, <br><br> Defendant. | CASE NO. 4:25-mj-70026 MAG <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on January 9, 2025, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

    X    Indictment

    ☐    Information

    ☐    Criminal Complaint

    ☐    Other (describe) _____

pending in the Eastern District of Michigan, Case Number 2:24-CR-20695.

In that case (copy of indictment attached), the defendant is charged with a violation of Title 18, United States Code, Sections 1791(a)(1) and 1791(b)(1) – Providing Contraband to Prisoner, for

providing and attempting to provide methamphetamine to an inmate at the Federal Correctional Institution in Milan, Michigan, on or about February 2024.  There is also a forfeiture allegation pursuant to Title 28, United States Code, Section 2461(c).

The maximum penalties are as follows:

Imprisonment:      20 years

Fine:              $250,000

Special Assessment: $100

Forfeiture

Respectfully Submitted,

ISMAIL J. RAMSEY
UNITED STATES ATTORNEY

Date: January 9, 2025

*/s/ E. Wistar Wilson*
E. WISTAR WILSON
Assistant United States Attorney

United States District Court
Eastern District of Michigan
Southern Division

United States of America,

v.

Dena Marie Lampitok,

    Defendant.
_____/

Violation:
18 U.S.C. § 1791(a)(1) and 1791(b)(1)

## **INDICTMENT**

The Grand Jury charges:

### **COUNT ONE**
18 U.S.C. § 1791(a)(1) and 1791(b)(1)
*Providing Contraband to Prisoner*

On or about February of 2024, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, Dena Marie Lampitok, provided and attempted to provide a prohibited object, that is, methamphetamine, its salts, isomers, and salts of its isomers, to an inmate at the Federal Correctional Institution in Milan, Michigan, in violation of Title 18, United States Code, Sections 1791(a)(1) and 1791(b)(1).

1

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/ Sara D. Woodward*
SARA D. WOODWARD
Chief, General Crimes Unit
Assistant United States Attorney

*s/ Darrin Crawford*
DARRIN CRAWFORD
Assistant United States Attorney

Dated: December 17, 2024

| | | |
|---|---|---|
| | AUSA: Darrin Crawford | Telephone: (313) 226-9100 |
| AO 442 (Rev. 11/11) Arrest Warrant | Special Agent: Adam Christensen | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Dena Marie Lampitok

2:24-cr-20695

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Dena Marie Lampitok,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
In Violation of 18 U.S.C. § 1791 (a)(1) and 1791 (b)(1) Providing Contraband to Prisoner.

Date: DEC 17 2024

*Issuing officer's signature*

City and state: Detroit, Michigan

SARAH SCHOENHERR   **DEPUTY CLERK**
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*